UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

JUDITH RODRIGUEZ AND MARY ANN RIEDEL, :
*on behalf of themselves and others similarly situated*, :
                                      :

                Plaintiffs,     :    Case No. 17-CV-1612 (DLI) (RLM)
                                        :

     v.                        :
                                        :

HANESBRANDS INC,             :
                                        :

                Defendant.     :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that, upon the Amended Complaint, dated July 24, 2017 (D.E. 14), and upon the accompanying Memorandum of Law, and upon all papers and pleadings previously filed in this action, Defendant Hanesbrands Inc. will move this Court, before the Honorable Dora L. Irizarry, Chief Judge of the United States District Court for the Eastern District of New York, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiffs' Amended Complaint in its entirety, or, in the alternative, for an order pursuant to Rule 12(b)(1) dismissing Plaintiffs' request for injunctive relief, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York            Respectfully Submitted,
       August 7, 2017

                                 By: /s/ Eamon P. Joyce
                                 Eamon P. Joyce (ejoyce@sidley.com)
                                 Sonia Marquez (smarquez@sidley.com)
                                 787 Seventh Avenue
                                 New York, New York 10019
                                 Tel:  (212) 839-5300
                                 Fax: (212) 839-5599

Michael L. Mallow (mmallow@sidley.com)
Rachel A. Straus (rstraus@sidley.com)
Lauren M. De Lilly (ldelilly@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendant Hanesbrands Inc.*

TO:

LEE LITIGATION GROUP, PLLC
C.K. Lee
Anne Seelig
30 East 39th Street, Second Floor
New York, NY 10016
Tel.:  (212) 465-1188
Fax:  (212) 465-1181

*Attorneys for Plaintiffs*

2